**LAGOMARSINO LAW**
ANDRE LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
       and
**LORELLI LAW**
CAITLIN LORELLI, ESQ. (#14571)
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Telephone: (702) 762-0000 | Fax 702-733-1106
caitlin@llinjuryfirm.com
*Attorneys for Plaintiffs Chad Ellsworth*
*and Amy Ellsworth*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAD ELLSWORTH, individually; AMY ELLSWORTH, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign corporation; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | CASE NO.:    2:26-cv-00204-JAD-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court continue the hearing on Defendant's Motion to Dismiss (ECF No. 12) to a date as soon as possible and convenient to the Court after March 23, 2026.

WHEREAS, on January 30, 2026, Defendant filed its Motion to Dismiss ("First MTD") (ECF No. 4). Plaintiffs filed their Opposition to Defendant's First MTD on February 11, 2026 (ECF No. 11), and Defendant filed its Reply in support of their First MTD on February 18, 2026 (ECF No. 13).

/ / /

WHEREAS, a hearing was set on Defendant's First MTD for March 16, 2026, at 1:30 p.m. (ECF No. 6).

WHEREAS, Plaintiffs' Counsel has a family trip scheduled beginning March 16, 2026, through and inclusive of March 22, 2026.

WHEREAS, Plaintiffs filed their First Amended Complaint (ECF No. 8) on February 11, 2026, and Defendant filed their Motion to Dismiss Plaintiffs' First Amended Complaint on February 13, 2026 ("Second MTD") (ECF No. 12).

WHEREAS, the Court mooted the Defendant's First MTD (ECF No. 16) and then kept the same hearing date for Defendant's Second MTD (ECF No. 17).

WHEREAS, good cause for this continuance exists move the hearing so as to allow Plaintiffs' Counsel's pre-scheduled trip to go forward.

WHEREAS, Defendant does not oppose Plaintiffs' requested accommodation so long as the Court is able to reschedule the hearing to a date as soon as possible after March 23, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

WHEREAS, the parties agree to move the hearing to a date after March 23, 2026.

**IT IS SO STIPULATED.**

DATED this 26th day of February, 2026.

**LAGOMARSINO LAW**

 /s/ Andre M. Lagomarsino
ANDRE LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864

**LORELLI LAW**
CAITLIN LORELLI, ESQ. (#14571)
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Telephone: (702) 762-0000
*Attorneys for Plaintiffs Chad Ellsworth
and Amy Ellsworth*

DATED this 26th day of February, 2026.

**CLYDE & CO US LLP**

 /s/ Lee H. Gorlin
AMY M. SAMBERG, ESQ. (#10212)
DYLAN P. TODD, ESQ. (#10456)
LEE H. GORLIN, ESQ. (#13879)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
*Attorneys for Defendant The Travelers
Home and Marine Insurance Company*

## ORDER

**IT IS HEREBY ORDERED** that the hearing on Defendant's Motion to Dismiss

(ECF No. 12) is hereby continued to March 26, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated_____3/4/2026_____

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864   Facsimile: (702) 383-0065