**LAGOMARSINO LAW**
ANDRE LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
          and
**LORELLI LAW**
CAITLIN LORELLI, ESQ. (#14571)
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Telephone: (702) 762-0000 | Fax 702-733-1106
caitlin@llinjuryfirm.com
*Attorneys for Plaintiffs Chad Ellsworth*
*and Amy Ellsworth*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAD ELLSWORTH, individually; AMY ELLSWORTH, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign corporation; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | CASE NO.:   2:26-cv-00204-JAD-MDC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

The Parties, by and through their undersigned counsel of record, hereby stipulate to stay discovery in this matter pending the resolution of Defendant's Motion to Dismiss (ECF No. 12).

WHEREAS, on February 9, 2026, Defendant filed its Motion to Stay (ECF No. 7). Plaintiffs filed their Opposition on February 23, 2026 (ECF No. 14), and Defendant filed its Reply on March 2, 2026 (ECF No. 22). The Motion to Stay has not been set for hearing.

WHEREAS, the Parties filed their Joint Discovery Plan and Scheduling Order on March 4, 2026 (ECF No. 24). Plaintiffs proposed their discovery dates and Defendant maintained their position that the discovery deadline should be stayed pending the outcome of its Motion to Dismiss.

WHEREAS, Defendant's Motion to Dismiss is currently set to be heard on March 26, 2026 (ECF No. 23).

Therefore, the Parties hereby STIPULATE to stay all discovery in this matter, including any responses to previously served discovery, pending full resolution of Defendant's Motion to Dismiss.

The Parties hereby FURTHER STIPULATE to withdraw Defendant's Motion to Stay (ECF No. 7) and the previously filed Joint Discovery Plan (ECF No. 24) as moot.

**IT IS SO STIPULATED.**

DATED this 12th day of March, 2026.

**LAGOMARSINO LAW**

 /s/ Andre M. Lagomarsino
ANDRE LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864

**LORELLI LAW**
CAITLIN LORELLI, ESQ. (#14571)
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Telephone: (702) 762-0000
*Attorneys for Plaintiffs Chad Ellsworth and Amy Ellsworth*

DATED this 12th day of March, 2026.

**CLYDE & CO US LLP**

 /s/ Lee H. Gorlin
AMY M. SAMBERG, ESQ. (#10212)
DYLAN P. TODD, ESQ. (#10456)
LEE H. GORLIN, ESQ. (#13879)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
*Attorneys for Defendant The Travelers Home and Marine Insurance Company*

## ORDER

**IT IS HEREBY ORDERED** that discovery in this matter is STAYED pending resolution of Defendant's Motion to Dismiss (ECF No. 12).

**IT IS HEREBY FURTHER ORDERED** that Defendant's Motion to Stay (ECF No. 7) and the Discovery Plan and scheduling order (ECF No. 24) are hereby WITHDRAWN as moot.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 3-13-26 _____