**LAGOMARSINO LAW**
ANDRE LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
        and
**LORELLI LAW**
CAITLIN LORELLI, ESQ. (#14571)
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Telephone: (702) 762-0000 | Fax 702-733-1106
caitlin@llinjuryfirm.com
*Attorneys for Plaintiffs Chad Ellsworth*
*and Amy Ellsworth*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHAD ELLSWORTH, individually; AMY ELLSWORTH, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign corporation; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | CASE NO.:    2:26-cv-00204-JAD-MDC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(SECOND REQUEST)** |

The Parties, by and through their undersigned counsel of record, hereby stipulate to stay discovery in this matter pending the resolution of Defendant's Motion to Reconsider (ECF No. 31).

WHEREAS, the Court previously granted a stay in this matter until Defendant's Motion to Stay (ECF No. 7) was decided (ECF No 27). That Motion was decided on March 26, 2026 (ECF No. 29).

WHEREAS, Defendant filed a Motion to Reconsider on March 30, 2026 (ECF No. 31). Plaintiffs filed their Opposition on April 8, 2026 (ECF No. 32) and Defendant filed its Reply on April 15, 2026 (ECF No. 33). A hearing on that motion has not been set.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

Therefore, the Parties hereby STIPULATE to stay all discovery in this matter, with the exception of Defendant's initial disclosures which will be served within fourteen (14) days of this stipulation. All other discovery will be stayed for ninety (90) days, or until seven (7) days after the Defendant's Motion to Reconsider is decided.

**IT IS SO STIPULATED.**

DATED this 29th day of April, 2026.

**LAGOMARSINO LAW**

 /s/ Andre M. Lagomarsino
ANDRE LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864

**LORELLI LAW**
CAITLIN LORELLI, ESQ. (#14571)
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Telephone: (702) 762-0000
*Attorneys for Plaintiffs Chad Ellsworth and Amy Ellsworth*

DATED this 29th day of April, 2026.

**CLYDE & CO US LLP**

 /s/ Dylan P. Todd
AMY M. SAMBERG, ESQ. (#10212)
DYLAN P. TODD, ESQ. (#10456)
LEE H. GORLIN, ESQ. (#13879)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
*Attorneys for Defendant The Travelers Home and Marine Insurance Company*

## ORDER

**IT IS HEREBY ORDERED** that discovery in this matter is STAYED for ninety (90) days, or until seven (7) days after the pending resolution of Defendant's Motion to Reconsider (ECF No. 31).

**IT IS FURTHER ORDERED** that the parties shall file a Stipulated Discovery Plan and Scheduling Order within 14 days of entry of an order denying defendant's Motion for Reconsideration (ECF No. 31).

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated 5-1-26